# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    MARQUIS T UPSHUR                              Bankruptcy No. 22-12321-MDC

    1231 N 65TH STREET

    PHILADELPHIA, PA 19151


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARQUIS T UPSHUR

    1231 N 65TH STREET

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 12/14/2022                                                                                /s/ Kenneth E. West

                                                                                                                                                                _____
                                                                                                                                           Kenneth E. West, Esquire
                                                                                                                                           Chapter 13 Standing Trustee