# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marquis T. Upshur<br>     Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>     Movant<br>  vs.<br>Marquis T. Upshur<br>     Debtor(s)<br><br>Kenneth E. West<br>     Trustee | CHAPTER 13<br><br>NO. 22-12321 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about October 10, 2022.

Dated: April 4, 2023

                 Respectfully submitted,

                 /s/Mark A. Cronin
                 Mark A. Cronin, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322
                 mcronin@kmllawgroup.com