United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 22-12321-mdc

Marquis T Upshur                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                   User: admin                                                     Page 1 of 4

Date Rcvd: Apr 27, 2023                                         Form ID: 155                                        Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquis T Upshur, 1231 N. 65th Street, Philadelphia, PA 19151-3116 |
| 14726570 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14718562 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14718564 | + | Gateway Enclaves, LP, c/o Cohen Marraccini, 660 Second Street Pike, Southampton, PA 18966-3995 |
| 14720794 | + | Pennymac Loan Services, LLC, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14718575 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14718546 | + | Email/Text: backoffice@affirm.com | Apr 27 2023 23:40:00 | Affirm, 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 14727906 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 23:50:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14718547 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 23:50:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14718548 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 23:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14730249 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 23:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14718549 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 27 2023 23:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14718550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:50:22 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14718552 | + | Email/Text: BKPT@cfna.com | Apr 27 2023 23:40:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14739646 | | Email/Text: megan.harper@phila.gov | Apr 27 2023 23:40:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14720807 | | Email/Text: BKPT@cfna.com | Apr 27 2023 23:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14718551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:50:20 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14729520 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:33 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14718554 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 27 2023 23:40:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |

Case 22-12321-mdc    Doc 35    Filed 04/29/23    Entered 04/30/23 00:29:05    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 155 | Total Noticed: 62 |

| Recipient ID | | Delivery Method | Timestamp | Name and Address |
|---|---|---|---|---|
| 14718555 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:50:34 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14731442 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2023 23:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14718557 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2023 23:40:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14718558 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2023 23:50:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14718561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:50:22 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14718567 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:50:22 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14720900 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14718560 | + | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14718563 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 27 2023 23:40:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14723673 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 27 2023 23:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 14718565 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 27 2023 23:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14718566 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14718553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 23:50:26 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14728549 | + | Email/Text: RASEBN@raslg.com | Apr 27 2023 23:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14725858 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14727554 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:50:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14718568 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:50:33 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14718569 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 23:50:22 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14726915 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 27 2023 23:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14720111 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 27 2023 23:40:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14718572 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 27 2023 23:40:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 14718570 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 27 2023 23:40:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14720109 | ^ | MEBN | Apr 27 2023 23:39:32 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14734073 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 23:50:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

Case 22-12321-mdc   Doc 35   Filed 04/29/23   Entered 04/30/23 00:29:05   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 155 | Total Noticed: 62 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14718574 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2023 23:50:22 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14727909 | + | Email/PDF: ebnotices@pnmac.com | Apr 27 2023 23:50:28 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14732975 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:50:22 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14718576 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14718933 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718710 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14718578 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718579 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14718580 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14718581 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:50:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14730309 | + | Email/Text: bncmail@w-legal.com | Apr 27 2023 23:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14718582 | + | Email/Text: bncmail@w-legal.com | Apr 27 2023 23:40:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14718583 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2023 23:40:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14731292 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2023 23:40:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14734467 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 27 2023 23:40:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14718586 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 27 2023 23:40:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14718588 | + | Email/Text: LCI@upstart.com | Apr 27 2023 23:40:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14720115 | ^ | MEBN | Apr 27 2023 23:39:31 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14732537 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14718577 | | Syncb/walmart |

| | | |
|---|---|---|
| 14718589 | | Usaa Savings Bank |
| 14718556 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14718559 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14718571 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14718573 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14720112 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14718584 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14718585 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14718587 | *+ | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Marquis T Upshur brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marquis T Upshur
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−12321−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 27, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Magdeline D. Coleman
                                                          Chief Judge ,
                                                          United States Bankruptcy Court

                                                                              34
                                                                            Form 155