**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Marquis T Upshur | : | Chapter 13 |
| | : | Case No.: 22-12321-DJB |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

     I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: March 4, 2026                    /s/ Brad J. Sadek, Esquire
                                            Brad J. Sadek, Esquire
                                            Sadek Law Offices, LLC
                                            1500 JFK Boulevard, Suite #220
                                            Philadelphia, PA 19102
                                            brad@sadeklaw.com
                                            215-545-0008