**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **:** | |
|    Marquis T Upshur | **:** | Chapter 13 |
| | **:** | Case No.: 22-12321-DJB |
|    Debtor(s) | **:** | |

**CERTIFICATE OF NO RESPONSE**

     I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

Dated: March 4, 2026

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008